UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Parkland Properties, LLC, et al.[4] | ) | Case No.: 13-22702 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Judge Donald R. Cassling |

**ORDER CONFIRMING DEBTORS' PLAN OF REORGANIZATION**
**(Parkland III, LLC)**

THIS CAUSE coming to be heard on the confirmation hearing of the Debtor's Sixth Modified Plan of Reorganization ("Plan"), copies of which were transmitted to all creditors and parties in interest, the ballots of all creditors and parties in interest entitled to vote thereon have been tallied and a Report of Balloting having been filed; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue is proper in this District pursuant to 28 U.S.C. § 1408 and 1409; and it appearing that proper and adequate notice has been given under the circumstances and that no further notice is necessary; that any and all objections to the Disclosure Statement and Plan being withdrawn pursuant to stipulation, and after due deliberation and sufficient cause appearing therefor:

**THE COURT FINDS:** the Sixth Amended Disclosure Statement contains adequate information, the Plan of Reorganization satisfies the requirements of 11 U.S.C. § 1129(a), the Court having heard the Debtor's offer of proof and finds that all provisions of 11 U.S.C.

---

[4] The "Debtors" include: Parkland Properties, LLC (Case No. 13-22702); Parkland II LLC ("Case No. 13-25121); Parkland III, LLC (Case No. 13-25125); Parkland IV, LLC (Case No. 13-26018); and Parkland VI, LLC (Case No. 13-26811).

§ 1129(b) are met, the Plan being proposed in good faith, and the Plan is feasible in the sense that confirmation is not likely to be followed by a need for liquidation.

**IT IS THEREFORE ORDERED:**

1) The Debtor's Sixth Amended Plan of Reorganization is hereby confirmed with the following modifications:

Section 3.01 of the Parkland III Plan shall hereinafter read:

**CLASS I CLAIM**: Bridgeview Bank Group's ("Bridgeview") claim, identified on Debtor's claims register as claim number 2-2, shall be an Allowed Secured Claim in the amount of $103,000 (the "Bridgeview Allowed Claim"), which claim is secured by the real property commonly known as 3438 West Potomac, Chicago, Illinois (the "Parkland III Mortgage Collateral"). Commencing on the Effective Date, Debtor shall pay Bridgeview $669.14 each month for fifty-nine (59) months with a balloon payment of $93,426.77 due on the 60th month after the Effective Date. This equates to a five (5) year mortgage amortized over 25 years with a balloon and an interest rate of 6.0%. Further, on the Effective Date, Debtor shall place the deed on the Parkland III Mortgage in escrow with Bridgeview, and immediately upon a payment default of the Class I Claim, the deed on the Parkland III Mortgage Collateral shall automatically be delivered to Bridgeview.

2) A post-confirmation status on the confirmed Plan is set for Dec. 22, 2015 at 10:00 a.m.

3) Debtor's First Report of Distributions shall be filed on or before December 15, 2015.

Dated:

10-13-15

BY THE COURT

_____
The Honorable Donald R. Cassling
U.S. Bankruptcy Judge

This document was prepared by
Michael V. Ohlman #6294512
Michael V. Ohlman, P.C.
112 ½ Lincoln Ave 2H
Riverside, IL 60546